# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. WEAVER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-02739-AG (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that petitioner's Motion for Stay and Request for an Evidentiary Hearing is denied and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: August 30, 2015

　　　　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1